FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ MAY 23 2014 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUPERIOR SITE WORK, INC. and DIVERSIFIED CARTING, INC., Plaintiffs -against- TRITON STRUCTURAL CONCRETE, INC. and SAFECO INSURANCE COMPANY OF AMERICA, Defendants | Civil Action No. CV-12-4335 (SJF)(WDW) STIPULATION OF DISMISSAL WITH PREJUDICE |

The parties hereto, through their undersigned counsel, hereby stipulate and agree that the within matter, including any and all complaints and counterclaims, is hereby dismissed with prejudice and without costs as to any party.

LAW OFFICE OF WILLIAM B. IFE, P.C.
Attorneys for Plaintiffs, Superior Site Work, Inc. and Diversified Carting, Inc.

By: Leslie R. Bennett, Esquire
1140 Franklin Avenue, Suite 214
Garden City, New York 11530
(516)739-6100

ALONGI & ASSOCIATES, LLC
Attorneys for Defendants, Triton Structural Concrete, Inc. and Safeco Insurance Company of America

By: Paul A. Alongi, Esquire
265 Post Avenue, Suite 340
Westbury, NY 11590
(516) 333-8790

The Clerk of the Court shall close this case.
So Ordered.
5/23/14

s/ Sandra J. Feuerstein

U.S.D.J.